1

2

3

4

5

6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                       AT SEATTLE

8   UNITED STATES OF AMERICA

9                   Plaintiff,              Case No. CR12-113-JCC

10      v.                                  **DETENTION ORDER**

11  TIMOTHY LEON LINDLEY,

12                  Defendant.

13  Offenses charged:

14      Conspiracy and Theft of United States Mail.

15  Date of Detention Hearing:  June 6, 2012.

16      The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

17  and based upon the factual findings and statement of reasons for detention hereafter set forth,

18  finds that no condition or combination of conditions which the defendant can meet will

19  reasonably assure the appearance of the defendant as required and the safety of any other person

20  and the community.

21      **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

22      Defendant has no stable or appropriate residence to release to.  At present his only option

23  is living in a hotel room.  He appears to have funds or job.  He has a lengthy criminal history and

DETENTION ORDER - 1

has struggled to comply with state supervision.  He has significant alcohol abuse problems that have not been treated.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of June, 2012.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2